UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

Virginia Australia Regional Airlines Pty Ltd.,

                      **Plaintiff,**

        -against-

JetPro International LLC,

                      **Defendant.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/30/2021___

1:20-CV-06737-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Upon careful review by the Court, Plaintiff's motion for default judgment, *see* ECF No. 14, is hereby **DENIED**. Accordingly, Plaintiff is directed to re-file its motion for default judgment and, in doing so, shall address the following issues with sufficient detail:

1. Defendant's liability after applying New York's choice-of-law rules to determine which state law applies to each of Plaintiff's claims;

2. The specific provision(s) under Missouri law—whether pursuant to Mo. Ann. Stat. § 506.150 or some other state statute—that authorizes the Missouri Secretary of State to accept service of process on behalf of Defendant;

3. The Court's ability to exercise personal jurisdiction over Defendant where Plaintiff does not appear to have attempted service upon the registered agent Kyle Wine at an Arizona address—3 North 47th Ave., Suite 102, Phoenix, AZ 85043—that appears to be Defendant's principal place of business. *See* Compl. ¶ 9; Compl., Ex. 1 at 3, 23, 24; *see also* Compl., Ex. 2 at 10–15 (displaying Kyle Wine's email signature with Arizona address); and

4. Plaintiff's compliance with Local Civil Rule 55.2(c).

Plaintiff shall file its renewed motion for default judgment on or before **December 30, 2021** and is further instructed to serve copies of this Order and its renewed motion (including all supporting papers) on Defendant, and file proof of service on ECF, at the time of filing. Defendant shall

oppose the motion by **January 31, 2022**. The Clerk of Court is respectfully directed to terminate ECF No. 14.

**SO ORDERED.**

**Dated:** November 30, 2021
New York, New York

                                          **Andrew L. Carter, Jr.**
                                          **United States District Judge**