

December 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/27/2021__

Direct Dial: (212) 894-6780
Direct Fax:  (212) 370-4453
dharrington@condonlaw.com

**FILED VIA ECF**

Hon. Andrew L. Carter, Jr., United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007



| | |
|---|---|
| Subject: | Request for Extension of Time to Re-File Motion for Default Judgment |
| Case Name: | Virgin Australia Regional Airlines, Pty Ltd. v. JetPro International, LLC |
| Case Number: | 1:20-cv-06737-ALC |
| Filer: | Virgin Australia Regional Airlines, Pty Ltd. |

Dear Judge Carter:

On behalf of Virgin Australia Regional Airlines, Inc. ("VARA"), we respectfully request an extension to re-file VARA's Motion for Default Judgment. Your Honor rendered a decision on November 30, 2021 [D.E. 17] denying VARA's Motion for Default Judgment [D.E. 14] and instructing VARA to clarify four (4) issues raised by the Court and re-file the Motion by December 30, 2021. The motion was unopposed, and Defendant has yet to make an appearance in this action.

We have recently dealt with a number of positive COVID-19 cases at our firm, and the attorney handling this motion was recently notified of a direct exposure involving his family. Given the uncertainties relating to this recent exposure and the current logistical challenges of testing for COVID-19 in New York City due to the uptick in the new variant, this will undoubtedly have an impact on working conditions. Accordingly, we respectfully request a two-week extension of the deadline to re-file VARA's Motion for Default Judgment until January 13, 2022 to allow for time to handle any COVID-related issues that may create challenges in complying with the December 30 deadline.

Thank you for your consideration.

Respectfully,

*/s/ David J. Harrington*

David J. Harrington
Condon & Forsyth LLP

Condon & Forsyth LLP  /  7 Times Square  /  New York, NY 10036
Tel 212.490.9100  /  Fax 212.370.4453  /  condonlaw.com

New York
Los Angeles
Miami

CONDON // FORSYTH

The Honorable Andrew L. Carter, Jr.
December 22, 2021
Page 2

Attorneys for Virgin Australia Regional Airlines, Pty Ltd.

Cc (by e-mail):  Kyle Wine
                 JetPro International, LLC

**Application GRANTED.** Plaintiff shall file its renewed motion no later than **January 13, 2022**. Defendant shall oppose no later than **February 14, 2022**. Plaintiff shall serve a copy of this Order on Defendant and file proof of service by **December 29, 2021**.

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated:** 12/27/2021