UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIRGIN AUSTRALIA REGIONAL
AIRLINES PTY LTD,

                Plaintiff,

                                                                    20 **CIVIL** 6737 (ALC)

      -against-                                         **DEFAULT JUDGMENT**

JETPRO INTERNATIONAL LLC,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 14, 2022, JetPro's repeated failure to participate in or respond to this litigation over nearly two years constitutes a failure to "plead or otherwise defend" their conduct in this action. See Fed. R. Civ. P. 55(a). Further, the Court finds that VARA's allegations, when taken as true, are sufficient to establish JetPro's liability as a matter of law. Therefore, the Court hereby enters a default judgment against Defendant JETPRO INTERNATIONAL LLC, pursuant to Fed. R. Civ. P 55(b)(2), in the amount of $791,054, plus accrued statutory interest of nine percent per annum from September 1, 2018, the date the contract was breached, until the date judgment is entered, in the amount of $287,705.26; and post-judgment interest at the statutory rate of 9 percent per annum.

**DATED**: New York, New York
             September 15, 2022

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                            **BY:** _K. Mango_
                                                             **Deputy Clerk**